Telephone: (319) 294-5853　　　　　　　　　　　　　　　　　　　　　　　　　　　　Website: www.HongLaw.com
Fax: (866) 213-4371　　　　　　　　　**HONG LAW** PLC　　　　　　　　E-mail: certs@honglaw.com
　　　　　　　　　　　　　　　　　　　　ATTORNEYS AT LAW

---

June 26, 2019


RE:　　Debtor: Trenton J. Rogers
　　　　Co-Debtor: Tanya M. Rogers
　　　　Case: 19-00865


Dear Clerk:

The Debtor has informed me of a new address:

Central State Bank
c/o Christopher Loftus, Attorney
115 Third St SE, Ste 1200
Cedar Rapids IA 52401


Please change your records accordingly.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　Derek Hong
　　　　　　　　　　　　　　　　certs@honglaw.com

---

**CEDAR RAPIDS OFFICE / MAILING ADDRESS**　　　　　　**CORALVILLE OFFICE**
425 Second Street SE, Suite 950　　　　　　　　　　　　Iowa River Landing
Cedar Rapids, IA 52401　　　　　　　　　　　　　　　　845 Quarry Rd., Suite 130