# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 13<br>Bankruptcy No. |
| Trenton J. Rogers<br>Tanya M. Rogers<br>Debtor(s) | 19–00865 |

## NOTICE To Begin Payments

You have filed, or converted to, a Chapter 13 case. Pursuant to 11 U.S.C. §1326(a) you are required to commence payments no later than 30 days after the filing date of your petition, or notice of conversion, in the amount(s) specified in your plan.

YOU ARE DIRECTED to send your payments to the following address:

Carol F. Dunbar, Ch. 13 Trustee
P. O. Box 1033
Memphis, TN 38101–1033

MEGAN R. WEISS
Acting Clerk, Bankruptcy Court

Date: June 27, 2019

111 Seventh Avenue SE #15
Cedar Rapids, IA 52401–2101