United States Bankruptcy Court
Northern District of Iowa

In re:                                                          Case No. 19-00865-TJC
Trenton J. Rogers                                               Chapter 13
Tanya M. Rogers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0862-1          User: admin          Page 1 of 2          Date Rcvd: Jun 27, 2019
                              Form ID: 309I        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
db/jdb          +Trenton J. Rogers,    Tanya M. Rogers,    616 Redbird Run,    Tiffin, IA 52340-9434
2246050         +Awa Collections,    Attn: Banrkuptcy,    100 Church Street,    Dickson, TN 37055-1826
2246049         +Awa Collections,    P O Box 6605,    Orange, CA 92863-6605
2246053         +Central State Bank,    c/o Christopher Loftus, Attorney,    115 Third St SE, Ste 1200,
                  Cedar Rapids, IA 52401-1222
2246054         +Cnac - Ia111,    3837 1st Ave Se,    Cedar Rapids, IA 52402-5602
2246056         +Endodontic Associates,    2781 Oakdale Blvd, Ste 1,    Coralville, IA 52241-9751
2246059         +Hawkeye Adjustment Srvs,    Attn: Bankruptcy,    Po Box 716,    Sioux City, IA 51102-0716
2246060         +Radiologic Medical Services,    2769 Heartland Dr, Ste 307,    Coralville, IA 52241-2732
2246062        ++SOUTH SLOPE COOPERATIVE COMMUNICATIONS,    980 N FRONT ST,    PO BOX 19,
                  NORTH LIBERTY IA 52317-0019
                 (address filed with court:   South Slope,    980 North Front Street,
                  North Liberty, IA 52317-9005)
2246063         +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
2246064         +Town Square Dermatology,    1100 6th St #202,    Coralville, IA 52241-1757
2246066          University of Iowa College of Dentistry,    801 Newton Rd,    Iowa City, IA 52242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: certs@honglaw.com Jun 27 2019 21:48:55      Derek N.W. Hong,
                  425 Second Street SE, Suite 950,    Cedar Rapids, IA  52401
tr              +E-mail/Text: mcdunbar@cfu.net Jun 27 2019 21:49:09      Carol F. Dunbar,
                  531 Commercial Street Ste 500,    Waterloo, IA 50701-5497
ust             +E-mail/Text: ustpregion12.cr.ecf@usdoj.gov Jun 27 2019 21:49:01     United States Trustee,
                  United States Federal Courthouse,    111 7th Avenue SE, Box 17,    Cedar Rapids, IA 52401-2103
2246052          EDI: CAPITALONE.COM Jun 28 2019 01:53:00      Capital One,    Attn: Bankruptcy,
                  6125 Lakeview Rd., Suite 800,    Charlotte, NC 28269-2605
2246055         +E-mail/Text: cedwards@creditiowa.com Jun 27 2019 21:49:01
                  Credit Bureau Services of Iowa, Inc.,    Attn: Bankruptcy,    1306 South 7th Street,
                  Oskaloosa, IA 52577-4114
2246057          E-mail/Text: catherinetinkey@entmedicalservices.org Jun 27 2019 21:49:03
                  ENT Medical Services,    2615 Northgate Dr,    Iowa City, IA 52245-9565
2246058         +E-mail/Text: bankruptcy@avadynehealth.com Jun 27 2019 21:48:58      H & R Accounts, Inc.,
                  Attn: Bankruptcy,    Po Box 672,    Moline, IL 61266-0672
2246048          E-mail/Text: IDR.Bankruptcy@ag.iowa.gov Jun 27 2019 21:49:11      Iowa Department of Revenue,
                  Attn:  Bankruptcy Unit,    PO Box 10471,    Des Moines, IA 50306-0471
2246061         +EDI: DRIV.COM Jun 28 2019 01:53:00      Santander Consumer USA,    Attn: Bankruptcy,
                  Po Box 961245,    Fort Worth, TX 76161-0244
2246065         +E-mail/Text: bkdesk@uiccu.org Jun 27 2019 21:49:05      Univ Ia Cu,    Attn: Bankruptcy,
                  Po Box 800,    North Liberty, IA 52317-0800
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2246051        ##+Bills Plumbing,    703 S Dubuque St,    Iowa City, IA 52240-4203
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                          Signature:   /s/Joseph Speetjens

```
District/off: 0862-1              User: admin                  Page 2 of 2                Date Rcvd: Jun 27, 2019
                                  Form ID: 309I                Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
              Carol F. Dunbar    cfdunbar@cfu.net,   cdunbar13@ecf.epiqsystems.com,mcdunbar@cfu.net
              Derek N.W. Hong    on behalf of Debtor Trenton J. Rogers certs@honglaw.com,  amy@honglaw.com,
               dhong.ecf@gmail.com,bkecf_hongd@bkexpress.info,
               hong.law.certs@gmail.com;r49597@notify.bestcase.com
              United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Trenton J. Rogers**<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–5370 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | **Tanya M. Rogers**<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–3101 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Iowa | Date case filed for chapter: | 13   6/26/19 |
| Case number: | 19–00865 | | |

Official Form B309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.) To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Trenton J. Rogers | Tanya M. Rogers |
| 2. | **All other names used in the last 8 years** | aka Trent J. Rogers | |
| 3. | **Address** | 616 Redbird Run<br>Tiffin, IA 52340 | 616 Redbird Run<br>Tiffin, IA 52340 |
| 4. | **Debtor's attorney**<br>Name and address | Derek N.W. Hong<br>425 Second Street SE, Suite 950<br>Cedar Rapids, IA 52401 | Phone: 319–294–5853<br>Email: certs@honglaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Carol F. Dunbar<br>531 Commercial Street Ste 500<br>Waterloo, IA 50701 | Phone: 319–233–6327<br>Email: cfdunbar@cfu.net |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 111 Seventh Avenue SE #15<br>Cedar Rapids, IA 52401–2101 | Hours open: Monday–Friday 8:00 AM – 4:30 PM<br>Phone: (319) 286–2200<br>www.ianb.uscourts.gov<br>Date: 6/27/19 |

For more information, see page 2

Debtor **Trenton J. Rogers** and **Tanya M. Rogers**                                                               Case number **19–00865 C**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 6, 2019 at 12:20 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All Individual Debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **Location:**<br>**U.S. Courthouse, 111 7th Ave SE,**<br>**Room 120, Cedar Rapids, IA** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or | **Filing deadline: 10/7/19**<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/4/19** |
| | **Deadline for governmental units (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)) to file a proof of claim:** | **Filing deadline: 180 days from the date of Order of Relief** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Certification About a Financial Management Course Filing Deadline:** No Later Than the Date of the Last Payment Made by the Debtor(s) as Required by the Plan<br>**Reaffirmation Agreement Filing Deadline: 10/7/19** | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |
| **Appointment of Trustee and Tax Returns** | The trustee named in line 5 of this notice is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. Per Section 521(e), individual debtor(s) are required to provide to the trustee, no later than 7 days prior to the date set for the first meeting of creditors, a copy of the Federal Income Tax return for the most recent tax year ending immediately before the commencement of the case. | |