United States Bankruptcy Court
Northern District of Iowa

In re:  
Trenton J. Rogers  
Tanya M. Rogers  
    Debtors  

Case No. 19-00865-TJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 1     Date Rcvd: Jun 27, 2019  
                  Form ID: bgnpaymt     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.  
db/jdb        +Trenton J. Rogers,    Tanya M. Rogers,    616 Redbird Run,    Tiffin, IA 52340-9434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:  
           Carol F. Dunbar     cfdunbar@cfu.net,    cdunbar13@ecf.epiqsystems.com,mcdunbar@cfu.net  
           Derek N.W. Hong     on behalf of Debtor Trenton J. Rogers certs@honglaw.com,    amy@honglaw.com,  
            dhong.ecf@gmail.com,bkecf_hongd@bkexpress.info,  
            hong.law.certs@gmail.com;r49597@notify.bestcase.com  
           United States Trustee     USTPRegion12.CR.ECF@usdoj.gov  
                                                                                                                    TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 13<br>Bankruptcy No. |
| Trenton J. Rogers<br>Tanya M. Rogers<br>Debtor(s) | 19–00865 |

## NOTICE To Begin Payments

You have filed, or converted to, a Chapter 13 case. Pursuant to 11 U.S.C. §1326(a) you are required to commence payments no later than 30 days after the filing date of your petition, or notice of conversion, in the amount(s) specified in your plan.

YOU ARE DIRECTED to send your payments to the following address:

Carol F. Dunbar, Ch. 13 Trustee
P. O. Box 1033
Memphis, TN 38101–1033

MEGAN R. WEISS
Acting Clerk, Bankruptcy Court

Date: June 27, 2019

111 Seventh Avenue SE #15
Cedar Rapids, IA 52401–2101