United States Bankruptcy Court
Northern District of Iowa

In re:  
Trenton J. Rogers  
Tanya M. Rogers  
    Debtors

Case No. 19-00865-TJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0862-1      User: admin      Page 1 of 1      Date Rcvd: Jun 27, 2019  
                          Form ID: prepltr    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.  
db/jdb      +Trenton J. Rogers,   Tanya M. Rogers,   616 Redbird Run,   Tiffin, IA 52340-9434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:

      Carol F. Dunbar   cfdunbar@cfu.net, cdunbar13@ecf.epiqsystems.com,mcdunbar@cfu.net  
      Derek N.W. Hong   on behalf of Debtor Trenton J. Rogers certs@honglaw.com, amy@honglaw.com, dhong.ecf@gmail.com,bkecf_hongd@bkexpress.info, hong.law.certs@gmail.com;r49597@notify.bestcase.com  
      United States Trustee   USTPRegion12.CR.ECF@usdoj.gov

                                                                           TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 13<br>Bankruptcy No. |
| Trenton J. Rogers<br>Tanya M. Rogers<br>Debtor(s) | 19–00865 |

## NOTICE AND ORDER RE: INCOMPLETE FILING
### Attorney for Debtor/Bankruptcy Petition Preparer

NOTICE IS HEREBY GIVEN that on June 26, 2019, a pleading was filed in the above referenced case containing the following deficiency:

- [x] Form B2030 Attorney's Disclosure of Compensation with Petition or not completed properly;
- [ ] Form B119 Bankruptcy Petition Preparer's Notice, Declaration and Signature
(Form B119 must be filed with any documents prepared)
- [ ] Form B2800 Disclosure of Compensation for Bankruptcy Petition Preparer not filed with the petition.

THEREFORE, IT IS HEREBY ORDERED that the Attorney for Debtor or Bankruptcy Petition Preparer must cure the deficient filing as described in the above Notice, no later than 14 days from the filing date of the Petition. If the Attorney or Bankruptcy Petition Preparer fails to timely cure said deficiency, court will set the matter for hearing and consider the imposition of sanctions.

ORDERED June 27, 2019

*(signature)*

Thad J. Collins
Bankruptcy Judge