UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Trenton J. Rogers, | ) | Bankruptcy No. 19-00865 |
| | ) | |
| Tanya M. Rogers, | ) | PAY ADVICES |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

    COME NOW Debtors, as required by law, and file a copy of Trenton's pay information for the last 60 days.

          **/s/ Derek Hong**
Derek Hong, AT0009118
Hong Law, P.L.C.
425 Second Street SE, Suite 950
Cedar Rapids, IA  52401
Business 319-294-5853
Facsimile 319-366-0647
E-mail:  certs@honglaw.com

```
WOODRUFF CONSTRUCTION LLC                          Check Activity                        07-10-2019      Page 6
                                                   With Detail

    Check    Period       <--- Regular ----><-- Overtime -->   Other  Total    Gross  Employee   Misc        Net Employer
    Number  End Date Wks       Pay      Hrs      Pay     Hrs    Pay   Hours     Pay    Taxes   Deducts       Pay   Taxes   Fringes

413          TRENTON J ROGERS
             06-01-19  1.00   928.00   32.00                   232.00  32.00  1,160.00  195.27   41.56      923.17  99.36   539.81

    Pay                  Units     Amount     Deduction          Amount    Tax             Amount     Fringe           Amount

    Regulr Hrly Pay      32.00     928.00     AFLAC PRE-TAX       12.81    FUTA_E                     BURDEN-30        417.60
    HOLIDAY PAY           8.00     232.00     CLOTHING            10.00    FWH              54.51     FRINGE            37.76
                                              DIRECT DEPOSIT     923.17    MED              16.64     WC               84.45
                                              GARNISHMENT         18.75    MED_E            16.64
                                                                           MEDADDL
                                                                           SOC              71.12
                                                                           SOC_E            71.12
                                                                           IASUI_E          11.60
                                                                           IASWH            53.00

             06-08-19  1.00   696.00   24.00                            24.00    696.00   81.50   41.56      572.94  59.22   393.65

    Pay                  Units     Amount     Deduction          Amount    Tax             Amount     Fringe           Amount

    Regulr Hrly Pay      24.00     696.00     AFLAC PRE-TAX       12.81    FUTA_E                     BURDEN-30        313.22
                                              CLOTHING            10.00    FWH               5.24     FRINGE            29.76
                                              DIRECT DEPOSIT     572.94    MED               9.90     WC               50.67
                                              GARNISHMENT         18.75    MED_E             9.90
                                                                           MEDADDL
                                                                           SOC              42.36
                                                                           SOC_E            42.36
                                                                           IASUI_E           6.96
                                                                           IASWH            24.00

             06-15-19  1.00   928.87   32.03                    87.00   32.03  1,015.87  157.97   41.56      816.34  86.90   487.68

    Pay                  Units     Amount     Deduction          Amount    Tax             Amount     Fringe           Amount

    Regulr Hrly Pay      32.03     928.87     AFLAC PRE-TAX       12.81    FUTA_E                     BURDEN-30        391.89
    TRAINING              3.00      87.00     CLOTHING            10.00    FWH              37.23     FRINGE            39.72
                                              DIRECT DEPOSIT     816.34    MED              14.55     WC               56.07
                                              GARNISHMENT         18.75    MED_E            14.55
                                                                           MEDADDL
                                                                           SOC              62.19
                                                                           SOC_E            62.19
                                                                           IASUI_E          10.16
                                                                           IASWH            44.00

             06-22-19  1.00  1,073.00  37.00                            37.00  1,073.00  173.17   41.56      858.27  91.83   577.91

    Pay                  Units     Amount     Deduction          Amount    Tax             Amount     Fringe           Amount

    Regulr Hrly Pay      37.00    1073.00     AFLAC PRE-TAX       12.81    FUTA_E                     BURDEN-30        456.75
                                              CLOTHING            10.00    FWH              44.07     FRINGE            45.88
                                              DIRECT DEPOSIT     858.27    MED              15.37     WC               75.28
                                              GARNISHMENT         18.75    MED_E            15.37
                                                                           MEDADDL
                                                                           SOC              65.73
                                                                           SOC_E            65.73
                                                                           IASUI_E          10.73
                                                                           IASWH            48.00
```

| WOODRUFF CONSTRUCTION LLC | | | | | | | Check Activity With Detail | | | | | | 07-10-2019 | | Page 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Check Number | Period End Date | Wks | Regular Pay | Hrs | Overtime Pay | Hrs | Other Pay | Total Hours | Gross Pay | Employee Taxes | Misc Deducts | Net Pay | Employer Taxes | Fringes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 413 | TRENTON J ROGERS | | | | | | | | | | | | | |
| | 04-27-19 | 1.00 | 1,102.00 | 38.00 | | | | 38.00 | 1,102.00 | 180.87 | 31.56 | 889.57 | 94.34 | 620.97 |

| Pay | Units | Amount | Deduction | Amount | Tax | Amount | Fringe | Amount |
|---|---|---|---|---|---|---|---|---|
| Regulr Hrly Pay | 38.00 | 1102.00 | AFLAC PRE-TAX | 12.81 | FUTA_E | | BURDEN-30 | 495.90 |
| | | | DIRECT DEPOSIT | 889.57 | FWH | 47.55 | FRINGE | 44.84 |
| | | | GARNISHMENT | 18.75 | MED | 15.79 | WC | 80.23 |
| | | | | | MED_E | 15.79 | | |
| | | | | | MEDADDL | | | |
| | | | | | SOC | 67.53 | | |
| | | | | | SOC_E | 67.53 | | |
| | | | | | IASUI_E | 11.02 | | |
| | | | | | IASWH | 50.00 | | |

| | 05-04-19 | 1.00 | 928.00 | 32.00 | | | | 32.00 | 928.00 | 136.45 | 31.56 | 759.99 | 79.29 | 522.93 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Pay | Units | Amount | Deduction | Amount | Tax | Amount | Fringe | Amount |
|---|---|---|---|---|---|---|---|---|
| Regulr Hrly Pay | 32.00 | 928.00 | AFLAC PRE-TAX | 12.81 | FUTA_E | | BURDEN-30 | 417.61 |
| | | | DIRECT DEPOSIT | 759.99 | FWH | 28.44 | FRINGE | 37.76 |
| | | | GARNISHMENT | 18.75 | MED | 13.27 | WC | 67.56 |
| | | | | | MED_E | 13.27 | | |
| | | | | | MEDADDL | | | |
| | | | | | SOC | 56.74 | | |
| | | | | | SOC_E | 56.74 | | |
| | | | | | IASUI_E | 9.28 | | |
| | | | | | IASWH | 38.00 | | |

| | 05-11-19 | 1.00 | 1,160.00 | 40.00 | | | | 40.00 | 1,160.00 | 195.27 | 31.56 | 933.17 | 99.36 | 653.65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Pay | Units | Amount | Deduction | Amount | Tax | Amount | Fringe | Amount |
|---|---|---|---|---|---|---|---|---|
| Regulr Hrly Pay | 40.00 | 1160.00 | AFLAC PRE-TAX | 12.81 | FUTA_E | | BURDEN-30 | 522.00 |
| | | | DIRECT DEPOSIT | 933.17 | FWH | 54.51 | FRINGE | 47.20 |
| | | | GARNISHMENT | 18.75 | MED | 16.64 | WC | 84.45 |
| | | | | | MED_E | 16.64 | | |
| | | | | | MEDADDL | | | |
| | | | | | SOC | 71.12 | | |
| | | | | | SOC_E | 71.12 | | |
| | | | | | IASUI_E | 11.60 | | |
| | | | | | IASWH | 53.00 | | |

| | 05-18-19 | 1.00 | 1,116.50 | 38.50 | | | | 38.50 | 1,116.50 | 183.72 | 31.56 | 901.22 | 95.60 | 629.14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Pay | Units | Amount | Deduction | Amount | Tax | Amount | Fringe | Amount |
|---|---|---|---|---|---|---|---|---|
| Regulr Hrly Pay | 38.50 | 1116.50 | AFLAC PRE-TAX | 12.81 | FUTA_E | | BURDEN-30 | 502.43 |
| | | | DIRECT DEPOSIT | 901.22 | FWH | 49.29 | FRINGE | 45.43 |
| | | | GARNISHMENT | 18.75 | MED | 16.00 | WC | 81.28 |
| | | | | | MED_E | 16.00 | | |
| | | | | | MEDADDL | | | |
| | | | | | SOC | 68.43 | | |
| | | | | | SOC_E | 68.43 | | |
| | | | | | IASUI_E | 11.17 | | |
| | | | | | IASWH | 50.00 | | |

| | 05-25-19 | 1.00 | 1,160.00 | 40.00 | | | | 40.00 | 1,160.00 | 195.27 | 31.56 | 933.17 | 99.36 | 653.65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Pay | Units | Amount | Deduction | Amount | Tax | Amount | Fringe | Amount |
|---|---|---|---|---|---|---|---|---|
| Regulr Hrly Pay | 40.00 | 1160.00 | AFLAC PRE-TAX | 12.81 | FUTA_E | | BURDEN-30 | 522.00 |
| | | | DIRECT DEPOSIT | 933.17 | FWH | 54.51 | FRINGE | 47.20 |
| | | | GARNISHMENT | 18.75 | MED | 16.63 | WC | 84.45 |
| | | | | | MED_E | 16.63 | | |
| | | | | | MEDADDL | | | |
| | | | | | SOC | 71.13 | | |
| | | | | | SOC_E | 71.13 | | |
| | | | | | IASUI_E | 11.60 | | |
| | | | | | IASWH | 53.00 | | |