UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Trenton J. Rogers, | ) | Bankruptcy No. 19-00865 |
| | ) | |
| Tanya M. Rogers, | ) | PAY ADVICES |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

    COME NOW Debtors, as required by law, and file a copy of Tanya's pay information for the last 60 days.

          **/s/ Derek Hong**
Derek Hong, AT0009118
Hong Law, P.L.C.
425 Second Street SE, Suite 950
Cedar Rapids, IA  52401
Business 319-294-5853
Facsimile 319-366-0647
E-mail:  certs@honglaw.com

Payslip: Tanya Rogers: 06/07/2019 (Regular) - Complete

03:35 PM
07/10/2019
Page 1 of 2



## Company Information

| Name | Address | Phone |
|---|---|---|
| Government Employees Insurance Company | One Geico Plaza<br>Washington, DC 20076<br>United States of America | +1 (301) 986-3444 |

## Payslip Information

| Name | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Tanya Rogers | 213290 | 05/25/2019 | 06/07/2019 | 06/13/2019 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Net Pay |
|---|---|---|
| Current | 1,555.55 | 1,024.34 |
| YTD | 21,441.21 | 13,941.76 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Additional Holiday Pay | | | | | 7.75 | 134.41 |
| Alternate Holiday | | | | | 7.75 | 134.41 |
| Floating Holiday | | | | | 9.16 | 166.16 |
| FMLA Floating Holiday | 06/01/2019 - 06/07/2019 | 9.61 | 18.58 | 178.56 | 9.61 | 178.56 |
| FMLA LWOP | 05/25/2019 - 06/07/2019 | 6.05 | 0.00 | 0.00 | | |
| FMLA Sick | 06/01/2019 - 06/07/2019 | 10.55 | 18.58 | 196.02 | 10.55 | 196.02 |
| FMLA Vacation | 06/01/2019 - 06/07/2019 | 4.79 | 18.58 | 89.00 | 7.87 | 142.43 |
| Holiday Pay | 05/25/2019 - 05/31/2019 | 7.75 | 18.58 | 144.00 | 7.75 | 144.00 |
| Holiday Worked Incentive | 05/25/2019 - 05/31/2019 | 7.78 | 27.87 | 216.83 | 7.78 | 216.83 |
| ICB Bonus | | | | | 0.00 | 640.00 |
| Paid Sick | | | | | 28.56 | 520.46 |
| Personal Leave | | | | | 9.25 | 171.87 |
| Prizes | | | | | 0.00 | 70.00 |
| Profit Sharing Payout | | | | | 0.00 | 3,619.24 |
| Regular Overtime | 05/25/2019 - 05/31/2019 | 0.61 | 18.58 | 11.34 | 3.17 | 56.28 |
| Regular Pay | 05/25/2019 - 06/07/2019 | 38.74 | 18.58 | 719.80 | 802.54 | 14,472.89 |
| Vacation | | | | | 35.72 | 647.65 |
| | | | Total: | 1,555.55 | | 21,511.21 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 77.74 | 1,109.25 |
| Medicare | 18.18 | 259.42 |
| Federal Withholding | 7.61 | 930.60 |
| State Tax - IA | 38.87 | 648.44 |
| Total: | 142.40 | 2,947.71 |

## Pre-Tax Deductions



Payslip: Tanya Rogers: 06/07/2019 (Regular) - Complete



03:35 PM
07/10/2019
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 77.78 | 821.48 |
| Delta Dental Enhanced | 19.43 | 233.16 |
| EyeMed Vision | 8.37 | 100.44 |
| UHC Choice Plus | 273.88 | 3,286.56 |
| Total: | 379.46 | 4,441.64 |

Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 3.14 | 37.68 |
| Optional Life | 3.66 | 42.67 |
| Voluntary LTD | 2.55 | 29.75 |
| Total: | 9.35 | 110.10 |

Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 2.76 |
| Delta Dental Enhanced - ER | 29.07 | 348.84 |
| Group Life ER | 0.59 | 6.93 |
| UHC Choice Plus - ER | 708.07 | 8,496.84 |
| Total: | 737.96 | 8,855.37 |

Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,253.87 | 17,891.05 |
| Medicare - Taxable Wages | 1,253.87 | 17,891.05 |
| Federal Withholding - Taxable Wages | 1,176.09 | 17,069.57 |
| State Tax Taxable Wages - IA | 1,176.09 | 17,069.57 |

Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 4 | 4 |
| Additional Withholding | 0 | 0 |

Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0.00 | 9.61 | 0.00 |
| Paid Sick | 2.98 | 10.55 | 2.98 |
| Vacation | 2.98 | 4.79 | 2.98 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | *** | | 1,024.34 | USD |
| | | Total: | 1,024.34 | |

Payslip: Tanya Rogers: 05/24/2019 (Regular) - Complete



03:36 PM
07/10/2019
Page 1 of 2



## Company Information

| Name | Address | Phone |
|---|---|---|
| Government Employees Insurance Company | One Geico Plaza<br>Washington, DC 20076<br>United States of America | +1 (301) 986-3444 |

## Payslip Information

| Name | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Tanya Rogers | 213290 | 05/11/2019 | 05/24/2019 | 05/30/2019 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Net Pay |
|---|---|---|
| Current | 1,450.55 | 945.72 |
| YTD | 19,885.66 | 12,917.42 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Additional Holiday Pay | | | | | 7.75 | 134.41 |
| Alternate Holiday | | | | | 7.75 | 134.41 |
| Floating Holiday | | | | | 9.16 | 166.16 |
| FMLA Vacation | | | | | 3.08 | 53.43 |
| ICB Bonus | | | | | 0.00 | 640.00 |
| Paid Sick | | | | | 28.56 | 520.46 |
| Personal Leave | 05/11/2019 - 05/17/2019 | 0.50 | 18.58 | 9.29 | 9.25 | 171.87 |
| Prizes | | | | | 0.00 | 70.00 |
| Profit Sharing Payout | | | | | 0.00 | 3,619.24 |
| Regular Overtime | | | | | 2.56 | 44.94 |
| Regular Pay | 05/11/2019 - 05/24/2019 | 75.27 | 18.58 | 1,398.52 | 763.80 | 13,753.09 |
| Vacation | 05/11/2019 - 05/24/2019 | 2.30 | 18.58 | 42.74 | 35.72 | 647.65 |
| | | | Total: | 1,450.55 | | 19,955.66 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 71.23 | 1,031.51 |
| Medicare | 16.66 | 241.24 |
| Federal Withholding | | 922.99 |
| State Tax - IA | 33.38 | 609.57 |
| Total: | 121.27 | 2,805.31 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 72.53 | 743.70 |
| Delta Dental Enhanced | 19.43 | 213.73 |
| EyeMed Vision | 8.37 | 92.07 |
| UHC Choice Plus | 273.88 | 3,012.68 |
| Total: | 374.21 | 4,062.18 |

## Post Tax Deductions





Payslip: Tanya Rogers: 05/24/2019 (Regular) - Complete

03:36 PM
07/10/2019
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| AD&D | 3.14 | 34.54 |
| Optional Life | 3.66 | 39.01 |
| Voluntary LTD | 2.55 | 27.20 |
| Total: | 9.35 | 100.75 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 2.53 |
| Delta Dental Enhanced - ER | 29.07 | 319.77 |
| Group Life ER | 0.59 | 6.34 |
| UHC Choice Plus - ER | 708.07 | 7,788.77 |
| Total: | 737.96 | 8,117.41 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,148.87 | 16,637.18 |
| Medicare - Taxable Wages | 1,148.87 | 16,637.18 |
| Federal Withholding - Taxable Wages | 1,076.34 | 15,893.48 |
| State Tax Taxable Wages - IA | 1,076.34 | 15,893.48 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 4 | 4 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0.00 | 0.00 | 9.61 |
| Paid Sick | 2.98 | 0.00 | 10.55 |
| Vacation | 2.98 | 2.30 | 4.79 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | | | 945.72 | USD |
| | | Total: | 945.72 | |

Payslip: Tanya Rogers: 05/10/2019 (Regular) - Complete



03:37 PM
07/10/2019
Page 1 of 2



| Company Information | | |
|---|---|---|
| Name | Address | Phone |
| Government Employees Insurance Company | One Geico Plaza<br>Washington, DC 20076<br>United States of America | +1 (301) 986-3444 |

| Payslip Information | | | | | |
|---|---|---|---|---|---|
| Name | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
| Tanya Rogers | 213290 | 04/27/2019 | 05/10/2019 | 05/16/2019 | |

| Current and YTD Totals | | |
|---|---|---|
| Balance Period | Gross Pay | Net Pay |
| Current | 2,048.14 | 1,321.85 |
| YTD | 18,435.11 | 11,971.70 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Additional Holiday Pay | | | | | 7.75 | 134.41 |
| Alternate Holiday | | | | | 7.75 | 134.41 |
| Floating Holiday | | | | | 9.16 | 166.16 |
| FMLA Vacation | | | | | 3.08 | 53.43 |
| ICB Bonus | 02/01/2019 - 02/28/2019 | 0.00 | 0.00 | 600.00 | 0.00 | 640.00 |
| Paid Sick | | | | | 28.56 | 520.46 |
| Personal Leave | | | | | 8.75 | 162.58 |
| Prizes | | | | | 0.00 | 70.00 |
| Profit Sharing Payout | | | | | 0.00 | 3,619.24 |
| Regular Overtime | | | | | 2.56 | 44.94 |
| Regular Pay | 04/27/2019 - 05/10/2019 | 70.19 | 18.58 | 1,304.14 | 688.53 | 12,354.57 |
| Vacation | 05/04/2019 - 05/10/2019 | 7.75 | 18.58 | 144.00 | 33.42 | 604.91 |
| | | | Total: | 2,048.14 | | 18,505.11 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 108.29 | 960.28 |
| Medicare | 25.32 | 224.58 |
| Federal Withholding | 112.20 | 922.99 |
| State Tax - IA | 67.04 | 576.19 |
| Total: | 312.85 | 2,684.04 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 102.41 | 671.17 |
| Delta Dental Enhanced | 19.43 | 194.30 |
| EyeMed Vision | 8.37 | 83.70 |
| UHC Choice Plus | 273.88 | 2,738.80 |
| Total: | 404.09 | 3,687.97 |

### Post Tax Deductions

Payslip: Tanya Rogers: 05/10/2019 (Regular) - Complete



03:37 PM
07/10/2019
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| AD&D | 3.14 | 31.40 |
| Optional Life | 3.66 | 35.35 |
| Voluntary LTD | 2.55 | 24.65 |
| Total: | 9.35 | 91.40 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 2.30 |
| Delta Dental Enhanced - ER | 29.07 | 290.70 |
| Group Life ER | 0.59 | 5.75 |
| UHC Choice Plus - ER | 708.07 | 7,080.70 |
| Total: | 737.96 | 7,379.45 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,746.46 | 15,488.31 |
| Medicare - Taxable Wages | 1,746.46 | 15,488.31 |
| Federal Withholding - Taxable Wages | 1,644.05 | 14,817.14 |
| State Tax Taxable Wages - IA | 1,644.05 | 14,817.14 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 4 | 4 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 7.75 | 0.00 | 9.61 |
| Paid Sick | 2.98 | 0.00 | 7.57 |
| Vacation | 2.98 | 7.75 | 4.11 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | **** | *1 | 1,321.85 | USD |
| | | Total: | 1,321.85 | |



Payslip: Tanya Rogers: 04/26/2019 (Regular) - Complete

03:38 PM
07/10/2019
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Government Employees Insurance Company | One Geico Plaza<br>Washington, DC 20076<br>United States of America | +1 (301) 986-3444 |

## Payslip Information

| Name | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Tanya Rogers | 213290 | 04/13/2019 | 04/26/2019 | 05/02/2019 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Net Pay |
|---|---|---|
| Current | 1,448.33 | 943.91 |
| YTD | 16,386.97 | 10,649.85 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Additional Holiday Pay | | | | | 7.75 | 134.41 |
| Alternate Holiday | | | | | 7.75 | 134.41 |
| Floating Holiday | | | | | 9.16 | 166.16 |
| FMLA Vacation | | | | | 3.08 | 53.43 |
| ICB Bonus | | | | | 0.00 | 40.00 |
| Paid Sick | 04/13/2019 - 04/19/2019 | 4.65 | 18.58 | 86.40 | 28.56 | 520.46 |
| Personal Leave | | | | | 8.75 | 162.58 |
| Prizes | | | | | 0.00 | 70.00 |
| Profit Sharing Payout | | | | | 0.00 | 3,619.24 |
| Regular Overtime | 04/20/2019 - 04/26/2019 | 0.43 | 18.58 | 7.99 | 2.56 | 44.94 |
| Regular Pay | 04/13/2019 - 04/26/2019 | 72.54 | 18.58 | 1,347.80 | 618.34 | 11,050.43 |
| Vacation | 04/13/2019 - 04/19/2019 | 0.33 | 18.58 | 6.14 | 25.67 | 460.91 |
| | | | Total: | 1,448.33 | | 16,456.97 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 71.09 | 851.99 |
| Medicare | 16.63 | 199.26 |
| Federal Withholding | | 810.79 |
| State Tax - IA | 33.25 | 509.15 |
| Total: | 120.97 | 2,371.19 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 72.42 | 568.76 |
| Delta Dental Enhanced | 19.43 | 174.87 |
| EyeMed Vision | 8.37 | 75.33 |
| UHC Choice Plus | 273.88 | 2,464.92 |
| Total: | 374.10 | 3,283.88 |

## Post Tax Deductions



Payslip: Tanya Rogers: 04/26/2019 (Regular) - Complete

03:38 PM
07/10/2019
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| AD&D | 3.14 | 28.26 |
| Optional Life | 3.66 | 31.69 |
| Voluntary LTD | 2.55 | 22.10 |
| Total: | 9.35 | 82.05 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 2.07 |
| Delta Dental Enhanced - ER | 29.07 | 261.63 |
| Group Life ER | 0.59 | 5.16 |
| UHC Choice Plus - ER | 708.07 | 6,372.63 |
| Total: | 737.96 | 6,641.49 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,146.65 | 13,741.85 |
| Medicare - Taxable Wages | 1,146.65 | 13,741.85 |
| Federal Withholding - Taxable Wages | 1,074.23 | 13,173.09 |
| State Tax Taxable Wages - IA | 1,074.23 | 13,173.09 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 4 | 4 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0.00 | 0.00 | 1.86 |
| Paid Sick | 2.98 | 4.65 | 4.59 |
| Vacation | 2.98 | 0.33 | 8.88 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | ‹ | | 943.91 | USD |
| | | Total: | 943.91 | |