Afni, Inc.
1310 Martin Luther King Drive
PO Box 3068
Bloomington IL 61702-3068

Credence Resource Management
PO Box 1253
Southgate MI 48195-0253

Directv
PO Box 105249
Atlanta GA 30348-5249

H & R Accounts, Inc.
PO Box 672
Moline IL 61266-0672

Hausers Water Systems
PO Box 28
Manchester IA 52057

Johnson County District Court
Clerk of Courts
417 S. Clinton St.
Iowa City IA 52240-4108

Kuhl Phillips & Jans
2401 Coral Ct, Ste 2
Coralville IA 52241

Leff Law Firm
222 South Linn St
Iowa City IA 52240-1601

Meardon, Suppel & Downer PLC
122 South Linn St
Iowa City IA 52240-1802

Mercy Medical Center
701 10th St SE
Cedar Rapids IA 52403-1251

Mercy Medical Center
Payment Processing Center - PMD
10604 Justin Dr.
Des Moines IA 50322-3755

Mercy Medical Center
4625 6th St SW, Ste 2
Cedar Rapids IA 52404-4445

Mercy Medical Center
PO Box 1824
Cedar Rapids IA 52406-1824

Mercy Iowa City
500 E Market St
Iowa City IA 52245

Regina AM/PM Program
2140 Rochester Ave
Iowa City IA 52240

Stoneleigh Recovery Associates
PO Box 1479
Lombard IL 60148-8479

Surgical Services
510 E. Bloomington St.
Iowa City IA 52245-2803

University of Iowa Health Care
Patient Financial Services
2100 University Capitol Centre
Iowa City IA 52242-5500

USAA (Claims Service)
PO Box 33490
San Antonio TX 78265-3490