United States Bankruptcy Court
Northern District of Iowa

In re:                                                              Case No. 19-00865-TJC
Trenton J. Rogers                                                   Chapter 13
Tanya M. Rogers
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0862-1          User: admin          Page 1 of 1          Date Rcvd: Jul 08, 2019
                             Form ID: retndoc      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
db/jdb        +Trenton J. Rogers,   Tanya M. Rogers,   616 Redbird Run,   Tiffin, IA 52340-9434
              +Cnac- Ia1l1,   3837 1st Ave Se,   Cedar Rapids, IA 52402-5602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
          Carol F. Dunbar    cfdunbar@cfu.net,   cdunbar13@ecf.epiqsystems.com,mcdunbar@cfu.net
          Derek N.W. Hong   on behalf of Debtor Trenton J. Rogers certs@honglaw.com,   amy@honglaw.com,
          dhong.ecf@gmail.com,bkecf_hongd@bkexpress.info,
          hong.law.certs@gmail.com;r49597@notify.bestcase.com
          United States Trustee   USTPRegion12.CR.ECF@usdoj.gov
                                                                                        TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

## CLERK'S OFFICE

TO:
Cnac – Ia111
3837 1st Ave Se
Cedar Rapids, IA 52402

RE:
Case No.

Trenton J. Rogers and Tanya
M. Rogers
19–00865

# NOTICE RE INSUFFICIENT DOCUMENT INFORMATION

You are notified of the following regarding documents received from you:

☑ NO CLAIM FORM RECEIVED.
Please complete proof of claim form 410, available at
http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx

☐ WE DO NOT HAVE A CASE UNDER THIS NAME OR NUMBER.
PLEASE CHECK THE NOTICE YOU RECEIVED TO DETERMINE
WHERE THE CASE IS FILED. (Documents returned unfiled).

☐ NAME OF DEBTOR AND CASE NUMBER NOT SHOWN ON THE
DOCUMENT (Documents returned unfiled).

☐ CASE IS CLOSED. No action will be taken on the documents received.
Please submit appropriate documentation if you wish to reopen this case.

☐ OTHER:

MEGAN R. WEISS
Acting Clerk, Bankruptcy Court
by:

*Jennifer Meier*

Date: July 8, 2019

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101