# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

CHAPTER 13

In Re:

Trenton J. Rogers
Tanya M. Rogers
Debtor(s)

Bankruptcy No.

19–00865

## NOTICE AND ORDER FIXING TIME TO OBJECT TO CONFIRMATION OF PLAN AND SETTING HEARING ON CONFIRMATION OF PLAN

TO ALL CREDITORS AND PARTIES IN INTEREST:

The debtor(s) filed a plan on July 10, 2019.

IT IS ORDERED AND NOTICE IS GIVEN THAT:

1. The last day for filing a written objection to the plan with the Clerk of Court with copies to Attorney for Debtor(s),

| Address of Clerk | Clerk of Bankruptcy Court | Attorney for Debtor(s) Address | Derek N.W. Hong |
|---|---|---|---|
| | 111 Seventh Avenue SE #15 | | 425 Second Street SE, Suite 950 |
| | Cedar Rapids, IA 52401–2101 | | Cedar Rapids, IA 52401 |

and copies to the United States Trustee, United States Federal Courthouse, 111 7th Avenue SE, Box 17, Cedar Rapids, IA 52401; and Carol Dunbar, Trustee, 531 Commercial Street Ste 500, Waterloo, IA 50701 is:

*August 13, 2019 at 4:30 p.m.*

2. The debtor is directed to serve a copy of the proposed plan immediately, if not previously served at time of filing of the plan, on all creditors and parties in interest as directed by the Federal Rules of Bankruptcy Procedure.

3. The hearing on confirmation of the plan will be held on:

*September 3, 2019 at 01:30 PM*

*At: 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, IA*

ORDERED July 11, 2019

Thad J. Collins
Bankruptcy Judge