# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>TRENTON J. ROGERS<br>and TANYA M. ROGERS,<br><br>　　Debtors. | BK No. 19-00865<br>Chapter 13 |

## APPEARANCE

Abbe M. Stensland, General Counsel for Central State Bank, hereby enters her appearance on behalf of creditor Central State Bank in the above-entitled action.

　　　　　　　　　　　　　　　　CENTRAL STATE BANK

　　　　　　　　　　　　　　　　 /s/ Abbe M. Stensland
　　　　　　　　　　　　　　　　Abbe M. Stensland AT0008831
　　　　　　　　　　　　　　　　General Counsel
　　　　　　　　　　　　　　　　805 – 22nd Avenue
　　　　　　　　　　　　　　　　Coralville, IA  52241
　　　　　　　　　　　　　　　　Email:  Abbe.Stensland@centralstate.bank
　　　　　　　　　　　　　　　　Telephone:  319-569-2800

## Certificate of Service

　　I hereby certify that on July 12, 2019, I filed the foregoing document with the Clerk of Court using EDMS, which will send notification of such filing to the following:

Derek N.W. Hong
Attorney for Debtors

　　　　　　　　　　　　　　　　 /s/ Gisele N. Warner