## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:  TRENTON J ROGERS<br>TANYA M ROGERS | CASE NO: 19-00865<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/12/2019, I did cause a copy of the following documents, described below,

Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/12/2019

/s/ Derek Hong
Derek Hong  AT0009118
Hong Law, PLC
425 Second St SE, Ste 950
Cedar Rapids, IA  52401
319 294 5853

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:  TRENTON J ROGERS
TANYA M ROGERS

CASE NO: 19-00865

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/12/2019, a copy of the following documents, described below,

Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/12/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Derek Hong
Hong Law, PLC
425 Second St SE, Ste 950
Cedar Rapids, IA  52401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>08621<br>CASE 19-00865<br>NORTHERN DISTRICT OF IOWA<br>CEDAR RAPIDS<br>THU JUL 11 17-46-01 CDT 2019 | AFNI INC<br>1310 MARTIN LUTHER KING DRIVE<br>PO BOX 3068<br>BLOOMINGTON IL 61702-3068 | AWA COLLECTIONS<br>ATTN BANRKUPTCY<br>100 CHURCH STREET<br>DICKSON TN 37055-1826 |
| AWA COLLECTIONS<br>P O BOX 6605<br>ORANGE CA 92863-6605 | BILLS PLUMBING<br>703 S DUBUQUE ST<br>IOWA CITY IA 52240-4203 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>6125 LAKEVIEW RD SUITE 800<br>CHARLOTTE NC 28269-2605 |
| CENTRAL STATE BANK<br>CO CHRISTOPHER LOFTUS ATTORNEY<br>115 THIRD ST SE STE 1200<br>CEDAR RAPIDS IA 52401-1222 | CNAC    IA111<br>3837 1ST AVE SE<br>CEDAR RAPIDS IA 52402-5602 | CREDENCE RESOURCE MANAGEMENT<br>PO BOX 1253<br>SOUTHGATE MI 48195-0253 |
| CREDIT BUREAU SERVICES OF IOWA INC<br>ATTN BANKRUPTCY<br>1306 SOUTH 7TH STREET<br>OSKALOOSA IA 52577-4114 | DIRECTV<br>PO BOX 105249<br>ATLANTA GA 30348-5249 | ~~EXCLUDE~~<br>~~CAROL F DUNBAR~~<br>~~531 COMMERCIAL STREET STE 500~~<br>~~WATERLOO IA 50701-5497~~ |
| ENDODONTIC ASSOCIATES<br>CO HR ACCOUNTS INC<br>PO BOX 672<br>MOLINE IL 61266-0672 | ENT MEDICAL SERVICES<br>2615 NORTHGATE DR<br>IOWA CITY IA 52245-9565 | ENDODONTIC ASSOCIATES<br>2781 OAKDALE BLVD STE 1<br>CORALVILLE IA 52241-9751 |
| H  R ACCOUNTS INC<br>ATTN BANKRUPTCY<br>PO BOX 672<br>MOLINE IL 61266-0672 | H  R ACCOUNTS INC<br>PO BOX 672<br>MOLINE IL 61266-0672 | HAUSERS WATER SYSTEMS<br>PO BOX 28<br>MANCHESTER IA 52057-0028 |
| HAWKEYE ADJUSTMENT SRVS<br>ATTN BANKRUPTCY<br>PO BOX 716<br>SIOUX CITY IA 51102-0716 | ~~EXCLUDE~~<br>~~DEREK NW HONG~~<br>~~425 SECOND STREET SE SUITE 950~~<br>~~CEDAR RAPIDS IA 52401-1813~~ | IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 |
| JOHNSON COUNTY DISTRICT COURT<br>CLERK OF COURTS<br>417 S CLINTON ST<br>IOWA CITY IA 52240-4108 | KUHL PHILLIPS  JANS<br>2401 CORAL CT STE 2<br>CORALVILLE IA 52241-2889 | LEFF LAW FIRM<br>222 SOUTH LINN ST<br>IOWA CITY IA 52240-1601 |
| MERCY HOSPITAL<br>CO HR ACCOUNTS INC<br>PO BOX 672<br>MOLINE IL 61266-0672 | MEARDON SUPPEL  DOWNER PLC<br>122 SOUTH LINN ST<br>IOWA CITY IA 52240-1830 | MERCY IOWA CITY<br>500 E MARKET ST<br>IOWA CITY IA 52245-2633 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MERCY MEDICAL CENTER<br>4625 6TH ST SW STE 2<br>CEDAR RAPIDS IA 52404-4445 | MERCY MEDICAL CENTER<br>701 10TH ST SE<br>CEDAR RAPIDS IA 52403-1292 | MERCY MEDICAL CENTER<br>PO BOX 1824<br>CEDAR RAPIDS IA 52406-1824 |
| MERCY MEDICAL CENTER<br>PAYMENT PROCESSING CENTER  PMD<br>10604 JUSTIN DR<br>DES MOINES IA 50322-3755 | RADIOLOGIC MEDICAL SERVICES<br>2769 HEARTLAND DR STE 307<br>CORALVILLE IA 52241-2732 | REGINA AMPM PROGRAM<br>2140 ROCHESTER AVE<br>IOWA CITY IA 52245-3527 |
| TANYA M ROGERS<br>616 REDBIRD RUN<br>TIFFIN IA 52340-9434 | DEBTOR<br>TRENTON J ROGERS<br>616 REDBIRD RUN<br>TIFFIN IA 52340-9434 | SANTANDER CONSUMER USA INC<br>PO BOX 961245<br>FORT WORTH TX 76161-0244 |
| SOUTH SLOPE COOPERATIVE COMMUNICATIONS<br>980 N FRONT ST<br>PO BOX 19<br>NORTH LIBERTY IA 52317-0019 | STONELEIGH RECOVERY ASSOCIATES<br>PO BOX 1479<br>LOMBARD IL 60148-8479 | SURGICAL SERVICES<br>510 E BLOOMINGTON ST<br>IOWA CITY IA 52245-2803 |
| THE BUREAUS INC<br>ATTN BANKRUPTCY<br>650 DUNDEE RD STE 370<br>NORTHBROOK IL 60062-2757 | TOWN SQUARE DERMATOLOGY<br>1100 6TH ST 202<br>CORALVILLE IA 52241-1757 | USAA CLAIMS SERVICE<br>PO BOX 33490<br>SAN ANTONIO TX 78265-3490 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~UNITED STATES FEDERAL COURTHOUSE~~<br>~~111 7TH AVENUE SE BOX 17~~<br>~~CEDAR RAPIDS IA 52401-2103~~ | UNIV IA CU<br>ATTN BANKRUPTCY<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 | UNIVERSITY OF IOWA COLLEGE OF<br>DENTISTRY<br>801 NEWTON RD<br>IOWA CITY IA 52242 |
| UNIVERSITY OF IOWA HEALTH CARE<br>PATIENT FINANCIAL SERVICES<br>2100 UNIVERSITY CAPITOL CENTRE<br>IOWA CITY IA 52242-5500 | | |