United States Bankruptcy Court
Northern District of Iowa

In re:  Case No. 19-00865-TJC
Trenton J. Rogers  Chapter 13
Tanya M. Rogers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 2     Date Rcvd: Jul 11, 2019
                    Form ID: ntcorgpl     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.

```
db/jdb         +Trenton J. Rogers,    Tanya M. Rogers,    616 Redbird Run,    Tiffin, IA 52340-9434
2247436         Afni, Inc.,    1310 Martin Luther King Drive,    PO Box 3068,    Bloomington IL 61702-3068
2246050        +Awa Collections,    Attn: Banrkuptcy,    100 Church Street,    Dickson, TN 37055-1826
2246049        +Awa Collections,    P O Box 6605,    Orange, CA 92863-6605
2246053        +Central State Bank,    c/o Christopher Loftus, Attorney,    115 Third St SE, Ste 1200,
                 Cedar Rapids, IA 52401-1222
2246054        +Cnac - Ia111,    3837 1st Ave Se,    Cedar Rapids, IA 52402-5602
2247437         Credence Resource Management,    PO Box 1253,    Southgate MI 48195-0253
2247438         Directv,    PO Box 105249,    Atlanta GA 30348-5249
2246056        +Endodontic Associates,    2781 Oakdale Blvd, Ste 1,    Coralville, IA 52241-9751
2247440        +Hausers Water Systems,    PO Box 28,    Manchester IA 52057-0028
2246059        +Hawkeye Adjustment Srvs,    Attn: Bankruptcy,    Po Box 716,    Sioux City, IA 51102-0716
2247441         Johnson County District Court,    Clerk of Courts,    417 S. Clinton St.,
                 Iowa City IA 52240-4108
2247442        +Kuhl Phillips & Jans,    2401 Coral Ct, Ste 2,    Coralville IA 52241-2889
2247443         Leff Law Firm,    222 South Linn St,    Iowa City IA 52240-1601
2247444        +Meardon, Suppel & Downer PLC,    122 South Linn St,    Iowa City IA 52240-1830
2247449        +Mercy Iowa City,    500 E Market St,    Iowa City IA 52245-2633
2247447         Mercy Medical Center,    4625 6th St SW, Ste 2,    Cedar Rapids IA 52404-4445
2247448         Mercy Medical Center,    PO Box 1824,    Cedar Rapids IA 52406-1824
2247445        +Mercy Medical Center,    701 10th St SE,    Cedar Rapids IA 52403-1292
2247446         Mercy Medical Center,    Payment Processing Center - PMD,    10604 Justin Dr.,
                 Des Moines IA 50322-3755
2246060        +Radiologic Medical Services,    2769 Heartland Dr, Ste 307,    Coralville, IA 52241-2732
2247450        +Regina AM/PM Program,    2140 Rochester Ave,    Iowa City IA 52245-3527
2246062       ++SOUTH SLOPE COOPERATIVE COMMUNICATIONS,    980 N FRONT ST,    PO BOX 19,
                 NORTH LIBERTY IA 52317-0019
               (address filed with court:  South Slope,    980 North Front Street,
                 North Liberty, IA 52317-9005)
2246061        +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
2247451         Stoneleigh Recovery Associates,    PO Box 1479,    Lombard IL 60148-8479
2247452         Surgical Services,    510 E. Bloomington St.,    Iowa City IA 52245-2803
2246063        +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
2246064        +Town Square Dermatology,    1100 6th St #202,    Coralville, IA 52241-1757
2247454         USAA (Claims Service),    PO Box 33490,    San Antonio TX 78265-3490
2246066         University of Iowa College of Dentistry,    801 Newton Rd,    Iowa City, IA 52242
2247453         University of Iowa Health Care,    Patient Financial Services,    2100 University Capitol Centre,
                 Iowa City IA 52242-5500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
2246052         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2019 23:09:59      Capital One,
                 Attn: Bankruptcy,    6125 Lakeview Rd., Suite 800,    Charlotte, NC 28269-2605
2246055        +E-mail/Text: cedwards@creditiowa.com Jul 11 2019 23:07:44
                 Credit Bureau Services of Iowa, Inc.,    Attn: Bankruptcy,    1306 South 7th Street,
                 Oskaloosa, IA 52577-4114
2246583        +E-mail/Text: bankruptcy@avadynehealth.com Jul 11 2019 23:07:43      ENDODONTIC ASSOCIATES,
                 C/O H&R ACCOUNTS INC,    PO BOX 672,    MOLINE, IL 61266-0672
2246057         E-mail/Text: catherinetinkey@entmedicalservices.org Jul 11 2019 23:07:47
                 ENT Medical Services,    2615 Northgate Dr,    Iowa City, IA 52245-9565
2247439         E-mail/Text: bankruptcy@avadynehealth.com Jul 11 2019 23:07:43      H & R Accounts, Inc.,
                 PO Box 672,    Moline IL 61266-0672
2246058        +E-mail/Text: bankruptcy@avadynehealth.com Jul 11 2019 23:07:43      H & R Accounts, Inc.,
                 Attn: Bankruptcy,    Po Box 672,    Moline, IL 61266-0672
2246048         E-mail/Text: IDR.Bankruptcy@ag.iowa.gov Jul 11 2019 23:07:51      Iowa Department of Revenue,
                 Attn:  Bankruptcy Unit,    PO Box 10471,    Des Moines, IA 50306-0471
2246582        +E-mail/Text: bankruptcy@avadynehealth.com Jul 11 2019 23:07:43      MERCY HOSPITAL,
                 C/O H&R ACCOUNTS INC,    PO BOX 672,    MOLINE, IL 61266-0672
2246065        +E-mail/Text: bkdesk@uiccu.org Jul 11 2019 23:07:47      Univ Ia Cu,    Attn: Bankruptcy,
                 Po Box 800,    North Liberty, IA 52317-0800
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2246051       ##+Bills Plumbing,    703 S Dubuque St,    Iowa City, IA 52240-4203
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0862-1           User: admin              Page 2 of 2                   Date Rcvd: Jul 11, 2019
                               Form ID: ntcorgpl        Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
```
              Carol F. Dunbar    cfdunbar@cfu.net,   cdunbar13@ecf.epiqsystems.com,mcdunbar@cfu.net
              Derek N.W. Hong    on behalf of Debtor Trenton J. Rogers certs@honglaw.com,  amy@honglaw.com,
               dhong.ecf@gmail.com,bkecf_hongd@bkexpress.info,
               hong.law.certs@gmail.com;r49597@notify.bestcase.com
              United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 13<br>Bankruptcy No. |
| Trenton J. Rogers<br>Tanya M. Rogers<br>Debtor(s) | 19–00865 |

## NOTICE AND ORDER FIXING TIME TO OBJECT TO CONFIRMATION OF PLAN AND SETTING HEARING ON CONFIRMATION OF PLAN

TO ALL CREDITORS AND PARTIES IN INTEREST:

The debtor(s) filed a plan on July 10, 2019.

IT IS ORDERED AND NOTICE IS GIVEN THAT:

1. The last day for filing a written objection to the plan with the Clerk of Court with copies to Attorney for Debtor(s),

| Address of Clerk | Clerk of Bankruptcy Court<br>111 Seventh Avenue SE #15<br>Cedar Rapids, IA 52401–2101 | Attorney for Debtor(s) Address | Derek N.W. Hong<br>425 Second Street SE, Suite 950<br>Cedar Rapids, IA 52401 |
|---|---|---|---|

and copies to the United States Trustee, United States Federal Courthouse, 111 7th Avenue SE, Box 17, Cedar Rapids, IA 52401; and Carol Dunbar, Trustee, 531 Commercial Street Ste 500, Waterloo, IA 50701 is:

*August 13, 2019 at 4:30 p.m.*

2. The debtor is directed to serve a copy of the proposed plan immediately, if not previously served at time of filing of the plan, on all creditors and parties in interest as directed by the Federal Rules of Bankruptcy Procedure.

3. The hearing on confirmation of the plan will be held on:

*September 3, 2019 at 01:30 PM*

*At: 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, IA*

ORDERED July 11, 2019

Thad J. Collins
Bankruptcy Judge