# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MICHAEL LEE SPINNER,<br><br>    Debtor. | BK No. 19-01007<br>Chapter 7 |

## APPEARANCE

Abbe M. Stensland, General Counsel for Central State Bank, hereby enters her appearance on behalf of creditor Central State Bank in the above-entitled action.

CENTRAL STATE BANK


 /s/ Abbe M. Stensland
Abbe M. Stensland AT0008831
General Counsel
805 – 22nd Avenue
Coralville, IA  52241
Email:  Abbe.Stensland@centralstate.bank
Telephone:  319-569-2800


## Certificate of Service

I hereby certify that on August 7, 2019, I filed the foregoing document with the Clerk of Court using EDMS, which will send notification of such filing to the following:

David G. Baumgartner
Attorney for Debtor



 /s/ Gisele N. Warner