# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

CHAPTER 13

In Re:           Bankruptcy No.

Trenton J. Rogers           19–00865
Tanya M. Rogers
Debtor(s)

## NOTICE of Continued Meeting of Creditors

TO:
Trenton J. Rogers, Tanya M. Rogers Debtor(s)
Derek N.W. Hong, Attorney for Debtor(s)
Carol F. Dunbar, Trustee
U.S. Trustee

NOTICE IS GIVEN that a Continued § 341 Meeting of Creditors will be held on:

    September 3, 2019 at 10:50 AM At: U.S. Courthouse, 111 7th Ave SE, Room 120, Cedar Rapids, IA

Debtor(s), Attorney for Debtor, and Trustee shall be present at said Meeting.

MEGAN R. WEISS
Acting Clerk, Bankruptcy Court
by:

*[signature]*

Date: August 8, 2019           Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101