United States Bankruptcy Court
Northern District of Iowa

In re: Case No. 19-00865-TJC
Trenton J. Rogers Chapter 13
Tanya M. Rogers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 1     Date Rcvd: Aug 08, 2019
                       Form ID: cnt341    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.
db/jdb        +Trenton J. Rogers,    Tanya M. Rogers,    616 Redbird Run,    Tiffin, IA 52340-9434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
         Abbe M Stensland    on behalf of Creditor    Central State Bank abbe.stensland@centralstate.bank, gisele.warner@centralstate.bank
         Carol F. Dunbar    cfdunbar@cfu.net,    cdunbar13@ecf.epiqsystems.com,mcdunbar@cfu.net
         Derek N.W. Hong    on behalf of Debtor Trenton J. Rogers certs@honglaw.com, amy@honglaw.com, dhong.ecf@gmail.com,bkecf_hongd@bkexpress.info, hong.law.certs@gmail.com;r49597@notify.bestcase.com
         United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                         TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 13<br>Bankruptcy No. |
| Trenton J. Rogers<br>Tanya M. Rogers<br>Debtor(s) | 19–00865 |

## NOTICE of Continued Meeting of Creditors

TO:
Trenton J. Rogers, Tanya M. Rogers Debtor(s)
Derek N.W. Hong, Attorney for Debtor(s)
Carol F. Dunbar, Trustee
U.S. Trustee

NOTICE IS GIVEN that a Continued § 341 Meeting of Creditors will be held on:

September 3, 2019 at 10:50 AM At: U.S. Courthouse, 111 7th Ave SE, Room 120, Cedar Rapids, IA

Debtor(s), Attorney for Debtor, and Trustee shall be present at said Meeting.

MEGAN R. WEISS
Acting Clerk, Bankruptcy Court
by:

*[signature: Jennifer Weiser]*

Date: August 8, 2019

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101